# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# EASTERN DIVISION

**TIMMY DALE WHITAKER, #48914**     **PLAINTIFF**

**VS.**     **CIVIL ACTION NO: 1:10-cv-00254-SA-JMV**

**CHIEF DAVID LANCASTER, ET AL.**     **DEFENDANT**

## ORDER GRANTING LEAVE TO TAKE PLAINTIFF'S DEPOSITION

THIS matter having come before the Court on Defendants' Motion for Leave to Take Deposition, and the Court having considered same, finds that said Motion is well taken, and,

IT IS THEREFORE ORDERED that Defendants be allowed to take the deposition of Plaintiff, Timmy Dale Whitaker on February 13, 2012 at 10:30 a.m.

SO ORDERED, this the 2nd day of February, 2012.

                        /s/ Jane M. Virden
                        UNITED STATES MAGISTRATE JUDGE